# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION



**JARRED WASHINGTON,**   **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**CORRECTIONS CORPORATION**   **CASE NO: 1:03-1237-B**
**OF AMERICA, et al.,**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 5, 2005, this cause is hereby dismissed with prejudice.


APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 6, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

C. Herd
_____
(By) Deputy Clerk


This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __07-11-05__

(36)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:03-CV-01237 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry Williams
WILLIAMS LAW OFFICE
250 E. Wisconsin Ave.
Milwaukee, WI 53202--423

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable J. Breen
US DISTRICT COURT